**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

Miguel A. Rojas Rocano,

Petitioner,

- against -

Raul Maldonado, Jr., William Joyce, Marcos Charles, Todd M. Lyons, Markawayne Mullin, Todd Blanche,

Respondents.

----------------------------------------------------------X

**ORDER DISMISSING CASE**

1:26-CV-05193 (RER)

**RAMÓN E. REYES, JR., District Judge:**

Petitioner Miguel A. Rojas Rocano ("Petitioner" or "Rocano") has petitioned the Court for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1 ("Pet."). On August 24, 2026, this Court ordered Respondents to show cause why a writ of habeas corpus should not be issued. (ECF No. 5).

On August 27, 2026, the government responded, arguing that the petition should be dismissed for lack of habeas jurisdiction because Petitioner voluntarily departed from the United States on August 23, 2026, and the action was commenced on August 24, 2026. (ECF No. 9 ("Gov't Opp'n") at 1). Neither Petitioner nor his next friend filed a reply, which was due on September 28, 2026.

The Court concludes that Petitioner's habeas petition is moot. Rocano is no longer in U.S. Immigration and Customs Enforcement custody and the Court therefore cannot grant the relief sought in the petition. *See Tamay-Tamay v. Almodovar*, No. 25 Civ. 7984 (PKC), 2025 WL 2958913, at *1 (S.D.N.Y. Oct. 17, 2025) (collecting cases).

Accordingly, the petition is dismissed as moot. The Clerk of Court is respectfully directed to close the case and mail a copy of this Order to next friend Manuel R. Rojas Yanzaguano at 32-51 108th St. Flushing, New York 11369, and note the mailing on the docket.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: November 2, 2026
Brooklyn, New York